■ In the Matter of AMSTERDAM GARAGE CORP. et al., Appellants, v DEPARTMENT OF CONSUMER AFFAIRS OF THE CITY OF NEW YORK et al., Respondents.—Order and judgment (one paper), Supreme Court, New York County (Martin Evans, J.), entered on or about May 25, 1988, unanimously affirmed, for the reasons stated by Martin Evans, J. *(Amsterdam Garage v*

*Department of Consumer Affairs,* 139 Misc 2d 799). Respondents shall recover of appellants one bill of $250 costs and disbursements of this appeal. Concur—Ross, J. P., Milonas, Wallach and Rubin, JJ.